IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CASE NO. 5:07-cv-00258-WTH-GRJ

MICROSOFT CORPORATION,
a Washington corporation,

        Plaintiff,

vs.

KEN'S COMPUTERS INC., a Florida
corporation; CHENJERAI G. BONES,
an individual, and KENNETH JOSE,
an individual,

        Defendants.
_____/

**PLAINTIFF MICROSOFT CORPORATION'S, CERTIFICATE OF INTERESTED
PERSONS AND CORPORATE DISCLOSURE STATEMENT**

        Plaintiff, MICROSOFT CORPORATION, through its undersigned attorneys, hereby disclose the following pursuant Fed. R. Civ. P. 7.1(a):

        1.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

    Microsoft Corporation
    Holland & Knight LLP
    Christopher Annunziato, Esq. (counsel for Plaintiff)

    Ken's Computers, Inc.
    Chenjerai G. Bones
    Kenneth Jose

2.  The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None known.

3.  The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

N/A.

4.  The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Microsoft Corporation

I HEREBY CERTIFY that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

CHRISTOPHER ANNUNZIATO, ESQ.
Fla. Bar No. 0137553
HOLLAND & KNIGHT LLP
200 South Orange Avenue, Ste. 2600
Orlando, FL 32801
Phone: (407) 425-8500
Fax: (407) 244-5288

Trial Counsel for Plaintiff,
MICROSOFT CORPORATION

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that that I will serve a copy of this Certificate of Interested Persons and Corporate Disclosure Statement upon each party no later than eleven days after appearance of the party.

CHRISTOPHER ANNUNZIATO, ESQ.
Fla. Bar No. 0137553
HOLLAND & KNIGHT LLP
200 South Orange Avenue, Ste. 2600
Post Office Box 1526
Orlando, FL 32801
Phone: (407) 425-8500
Fax: (407) 244-5288

Attorneys for Plaintiff,
MICROSOFT CORPORATION

# 4644649_v1